UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. HAMMER, Plaintiff, v. COMMISSIONER OF SOCIAL SECURITY, Defendant. | CIVIL ACTION NO. 3:21-cv-00616 (SAPORITO, M.J.) |

# ORDER

AND NOW, this 6th day of October, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Commissioner's administrative decision denying the plaintiff's application for disability insurance benefits is **AFFIRMED**;

2. The Clerk is directed to enter **JUDGMENT** in favor of the Commissioner and against the plaintiff; and

3. The Clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge